| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Michael C Bates<br>Nicole Bates<br><br><br>               Debtor(s) | Case No. 19-29292 / MBK<br><br>Hearing Date: February 4, 2020  10:00 am<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**A copy of the homeowner's insurance renewal declaration  -  (policy expired 10/30/19).**

**Need statement for Prudential shares.**

**The debtor(s) plan consists of unnecessary or excessive expense items, such as:**
**Schedule J:  $450 childcare & $200 school lunches (need proof), $320 entertainment, $217 Hancock life insurance loan, $150 hair cuts, $140 professional dues (need proof), $85 continuing education courses (need proof).**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.  The Trustee's calculations are higher for the following reason(s): Form 122c: Line #29 the Debtors have taken a $510 education deduction (need proof), and $217 life insurance loan deduction on Line #43. Debtor must also provide how numbers were reached on Line #16, Line #17, and Line #9b (PNC) as they depart from the Schedule J listings.**

**- Debtors must provide September and October bank statements for all accounts.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

                                                      /s/   Albert Russo
                                                      Albert Russo
                                                      Standing Chapter 13 Trustee
                                                      by: Mary Krieger, Staff Attorney