| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-29292 / MBK**

Michael C Bates

Nicole Bates

Petition Filed Date: 10/11/2019

341 Hearing Date: 11/07/2019

Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/22/2019 | $371.85 | 62698140 | 11/12/2019 | $371.85 | 63245150 | 12/16/2019 | $371.85 | 64099850 |

**Total Receipts for the Period:  $1,115.55   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,487.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael C Bates | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ | Attorney Fees | $2,800.00 | $0.00 | $2,800.00 |
| | | No Disbursements: No Check | | | |
| 1 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $7,341.04 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $19,252.86 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $25,608.35 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $31,915.62 | $0.00 | $0.00 |
| 5 | Wells Fargo Bank, NA | Secured Creditors | $332.76 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA | Unsecured Creditors | $563.01 | $0.00 | $0.00 |
| 7 | JPMorgan Chase Bank, NA<br>»»  P/408 READING ST/1ST MTG | Mortgage Arrears | $2,768.91 | $0.00 | $0.00 |
| 8 | PNC Bank, N.A.<br>»»  P/408 READING AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $15,506.88 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $1,537.87 | $0.00 | $0.00 |
| 11 | Citibank, NA<br>»»  CITI MASTERCARD | Unsecured Creditors | $24,159.74 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $6,522.57 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $5,446.87 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $5,030.60 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-29292 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,487.40 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $371.85 |
| Paid to Trustee: | $107.08 | Arrearages: | $0.00 |
| Funds on Hand: | $1,380.32 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**