**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE: Michael C Bates                                                                         CASE NO.: 19-29292
And
Nicole Bates.

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675

Phone: 800-365-7107
Last Four Digits of Acct #: 3650

Court Claim # (if known): 6
Amount of Claim: $273,513.03
Date Claim Filed: 12/12/2019

Phone: 1-866-243-5851
Last Four Digits of Acct #: 0648

Name and Address where transferee payments should be sent (if different from above):

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

Phone: 800-365-7107
Last Four Digits of Acct #: 3650

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cristina DiGiannantonio                                     Date: August 14, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Michael C Bates
408 Reading Street
Pennington, NJ 08534

Nicole Bates
408 Reading Street
Pennington, NJ 08534

And via electronic mail to:

Candyce Ilene Smith-Sklar
Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Prosfessional Park
Suite 22
Ewing, NJ 08618

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

        By: /s/  Jessica Norton
        Email: jnorton@rascrane.com