Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Michael and Nicole Bates

**Order Filed on September 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| **In the Matter of**: | Case No. 19-29292-MBK |
| | Chapter 13 |
| Michael and Nicole Bates | |
| | Hearing Date: September 9, 2020 9:00 AM |
| | Oral Argument Waived Unless |
| **Debtor(s)** | Objections Are Filed |

# ORDER PURSUANT TO NOTICE OF MOTION TO MODIFY/EXPUNGE CLAIM OF WELLS FARGO BANK

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: September 11, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The attorney for the Debtor having filed a motion to reclassify/expunge claim of Wells Fargo Bank, N.A., in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED AND DIRECTED that the Proof of Claim No.: 5, filed by on behalf of Wells Fargo Bank, N.A is hereby expunged since debtor settled the matter and thereafter charged off the deficiency debt; and

IT IS FURTHER ORDERED that any lien of Wells Fargo Bank, N.A. presently in existence is hereby void and canceled of record; and

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael C Bates  
Nicole Bates  
    Debtors

Case No. 19-29292-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 11, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db/jdb      +Michael C Bates,    Nicole Bates,    408 Reading Street,    Pennington, NJ 08534-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:

     Albert Russo    docs@russotrustee.com  
     Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Nicole Bates mail@njpalaw.com, r56958@notify.bestcase.com  
     Candyce Ilene Smith-Sklar    on behalf of Debtor Michael C Bates mail@njpalaw.com, r56958@notify.bestcase.com  
     Kevin Gordon McDonald    on behalf of Creditor    PNC Bank, National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
     Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                        TOTAL: 7