| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-29292 / MBK

Michael C Bates  
Nicole Bates

Petition Filed Date: 10/11/2019  
341 Hearing Date: 11/07/2019  
Confirmation Date: 02/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $371.85 | 64777910 | 02/19/2020 | $371.85 | 65663810 | 03/16/2020 | $397.00 | 66443770 |
| 04/13/2020 | $397.00 | 67073490 | 05/12/2020 | $397.00 | 67821840 | 06/15/2020 | $397.00 | 68666320 |
| 07/13/2020 | $397.00 | 69369280 | 08/17/2020 | $397.00 | 70166770 | 09/28/2020 | $397.00 | 71115180 |
| 10/19/2020 | $397.00 | 71684340 | 11/16/2020 | $397.00 | 72364050 | 12/22/2020 | $397.00 | 73220990 |
| 01/19/2021 | $397.00 | 73870090 | 02/16/2021 | $397.00 | 74529680 | | | |

**Total Receipts for the Period: $5,507.70    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,623.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael C Bates | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $7,341.04 | $0.00 | $7,341.04 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $19,252.86 | $0.00 | $19,252.86 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $25,608.35 | $0.00 | $25,608.35 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $31,915.62 | $0.00 | $31,915.62 |
| 5 | Wells Fargo Bank, NA<br>»» BOB'S FURNITURE/EXPUNGED ORDER 9/11/2 | Secured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»» BOB'S FURNITURE/EXPUNGED ORDER 9/11/2 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 7 | NewRez LLC<br>»» P/408 READING ST/1ST MTG/CHASE | Mortgage Arrears | $2,768.91 | $2,555.96 | $212.95 |
| 8 | PNC Bank, N.A.<br>»» P/408 READING AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $15,506.88 | $0.00 | $15,506.88 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,537.87 | $0.00 | $1,537.87 |
| 11 | Citibank, NA<br>»» CITI MASTERCARD | Unsecured Creditors | $24,159.74 | $0.00 | $24,159.74 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $6,522.57 | $0.00 | $6,522.57 |

Case 19-29292-MBK    Doc 34    Filed 03/01/21    Entered 03/01/21 00:08:20    Desc Main
Document    Page 2 of 2

**Chapter 13 Case No. 19-29292 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $5,446.87 | $0.00 | $5,446.87 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $5,030.60 | $0.00 | $5,030.60 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,623.25 | Plan Balance: | $17,096.15 ** |
| Paid to Claims: | $5,355.96 | Current Monthly Payment: | $397.00 |
| Paid to Trustee: | $521.73 | Arrearages: | ($371.85) |
| Funds on Hand: | $745.56 | Total Plan Base: | $23,719.40 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**