| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-29292 / MBK

Michael C Bates
Nicole Bates

Petition Filed Date: 10/11/2019
341 Hearing Date: 11/07/2019
Confirmation Date: 02/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $397.00 | 73870090 | 02/16/2021 | $397.00 | 74529680 | 03/22/2021 | $397.00 | 75410950 |
| 04/13/2021 | $397.00 | 75956910 | 05/17/2021 | $397.00 | 76768310 | 06/21/2021 | $397.00 | 77562120 |
| 07/19/2021 | $397.00 | 78205780 | 08/18/2021 | $397.00 | 78865570 | 09/15/2021 | $397.00 | 79479560 |
| 10/18/2021 | $397.00 | 80173090 | 11/16/2021 | $397.00 | 80852070 | 12/20/2021 | $397.00 | 81581810 |
| 01/18/2022 | $397.00 | 82160100 | | | | | | |

**Total Receipts for the Period: $5,161.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,990.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael C Bates | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $7,341.04 | $216.76 | $7,124.28 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $19,252.86 | $568.36 | $18,684.50 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $25,608.35 | $756.11 | $24,852.24 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $31,915.62 | $942.33 | $30,973.29 |
| 5 | Wells Fargo Bank, NA<br>»» BOB'S FURNITURE/EXPUNGED ORDER 9/11/2 | Secured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»» BOB'S FURNITURE/EXPUNGED ORDER 9/11/2 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 7 | NewRez LLC<br>»» P/408 READING ST/1ST MTG/CHASE | Mortgage Arrears | $2,768.91 | $2,768.91 | $0.00 |
| 8 | PNC Bank, N.A.<br>»» P/408 READING AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $15,506.88 | $457.86 | $15,049.02 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,537.87 | $33.62 | $1,504.25 |
| 11 | Citibank, NA<br>»» CITI MASTERCARD | Unsecured Creditors | $24,159.74 | $713.34 | $23,446.40 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $6,522.57 | $192.55 | $6,330.02 |

**Chapter 13 Case No. 19-29292 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $5,446.87 | $160.82 | $5,286.05 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $5,030.60 | $148.53 | $4,882.07 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,990.25 | Plan Balance: | $12,729.15 ** |
| Paid to Claims: | $9,759.19 | Current Monthly Payment: | $397.00 |
| Paid to Trustee: | $855.63 | Arrearages: | $25.15 |
| Funds on Hand: | $375.43 | Total Plan Base: | $23,719.40 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**