| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 19-29292 / MBK

Michael C Bates  
Nicole Bates

Petition Filed Date: 10/11/2019  
341 Hearing Date: 11/07/2019  
Confirmation Date: 02/04/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2022 | $397.00 | 82160100 | 02/15/2022 | $397.00 | 82765140 | 03/14/2022 | $397.00 | 83376790 |
| 04/18/2022 | $397.00 | 83979680 | 05/16/2022 | $397.00 | 84686390 | 06/21/2022 | $397.00 | 85398480 |
| 07/18/2022 | $397.00 | 85933440 | 08/16/2022 | $397.00 | 86508280 | 09/12/2022 | $397.00 | 87041160 |
| 10/17/2022 | $397.00 | 87719700 | 11/14/2022 | $397.00 | 88255020 | 12/27/2022 | $397.00 | 88966540 |
| 01/17/2023 | $397.00 | 89431560 | 02/16/2023 | $397.00 | 90007490 | | | |

**Total Receipts for the Period: $5,558.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,151.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael C Bates | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $7,341.04 | $461.56 | $6,879.48 |
| 2 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $19,252.86 | $1,210.53 | $18,042.33 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $25,608.35 | $1,610.14 | $23,998.21 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $31,915.62 | $2,006.71 | $29,908.91 |
| 5 | Wells Fargo Bank, NA<br>»» BOB'S FURNITURE/EXPUNGED ORDER 9/11/2 | Secured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»» BOB'S FURNITURE/EXPUNGED ORDER 9/11/2 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 7 | NewRez LLC<br>»» P/408 READING ST/1ST MTG/CHASE | Mortgage Arrears | $2,768.91 | $2,768.91 | $0.00 |
| 8 | PNC Bank, N.A.<br>»» P/408 READING AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $15,506.88 | $975.00 | $14,531.88 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,537.87 | $96.70 | $1,441.17 |
| 11 | Citibank, NA<br>»» CITI MASTERCARD | Unsecured Creditors | $24,159.74 | $1,519.05 | $22,640.69 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $6,522.57 | $410.10 | $6,112.47 |

**Chapter 13 Case No. 19-29292 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $5,446.87 | $328.38 | $5,118.49 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $5,030.60 | $303.29 | $4,727.31 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,151.25 | Plan Balance: | $7,568.15 ** |
| Paid to Claims: | $14,490.37 | Current Monthly Payment: | $397.00 |
| Paid to Trustee: | $1,265.33 | Arrearages: | $25.15 |
| Funds on Hand: | $395.55 | Total Plan Base: | $23,719.40 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**