Certificate Number: 17572-NJ-DE-039286982

Bankruptcy Case Number: 19-29292



17572-NJ-DE-039286982

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2025, at 8:43 o'clock AM PST, Michael C Bates completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 29, 2025            By:    /s/Leigh-Anna M Thompson

                                     Name:  Leigh-Anna M Thompson

                                     Title: Counselor