Certificate Number: 17572-NJ-DE-039286983

Bankruptcy Case Number: 19-29292



17572-NJ-DE-039286983

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2025, at 8:43 o'clock AM PST, Nicole Bates completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 29, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor