| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael C Bates <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6653 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Nicole Bates <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6323 <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19-29292-MBK | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Michael C Bates                 Nicole Bates

    2/10/25                       **By the court:** Michael B. Kaplan
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael C Bates  
Nicole Bates  
    Debtors

Case No. 19-29292-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Feb 10, 2025      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael C Bates, Nicole Bates, 408 Reading Street, Pennington, NJ 08534-2721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Feb 10 2025 20:47:00 | NewRez LLC D/B/A Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 518507027 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 10 2025 20:49:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518534337 | + | Email/Text: bkfilings@zwickerpc.com | Feb 10 2025 20:49:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518507028 | + | Email/PDF: bncnotices@becket-lee.com | Feb 10 2025 20:56:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518507029 | + | Email/PDF: bncnotices@becket-lee.com | Feb 10 2025 20:55:40 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518507030 | + | EDI: BANKAMER | Feb 11 2025 01:27:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518507039 | | EDI: CITICORP | Feb 11 2025 01:27:00 | Citicard, Citicorp Credit Services; Attn: Centrali, Po Box 20507, Kansas City, MO 64195 |
| 518507031 | + | EDI: CAPITALONE.COM | Feb 11 2025 01:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518507032 | + | EDI: CAPITALONE.COM | Feb 11 2025 01:27:00 | Capital One, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564184 | + | EDI: AIS.COM | Feb 11 2025 01:27:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518507035 | + | EDI: CITICORP | Feb 11 2025 01:27:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518507036 | + | EDI: CITICORP | Feb 11 2025 01:27:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518624126 | | EDI: CITICORP | Feb 11 2025 01:27:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Case 19-29292-MBK | Doc 53 | Filed 02/12/25 | Entered 02/13/25 00:13:32 | Desc Imaged |
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 10, 2025 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518507037 | + | EDI: CITICORP | Feb 11 2025 01:27:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518507038 | + | EDI: CITICORP | Feb 11 2025 01:27:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518507040 | + | EDI: WFNNB.COM | Feb 11 2025 01:27:00 | Comenity Bank/The Childrens Place, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518507041 | | EDI: CITICORP | Feb 11 2025 01:27:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518507043 | | EDI: CITICORP | Feb 11 2025 01:27:00 | Macy's American Express, PO Box 9001108, Louisville, KY 40290 |
| 518624110 | | EDI: Q3G.COM | Feb 11 2025 01:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518507042 | + | EDI: DISCOVERPL | Feb 11 2025 01:27:00 | Discover Personal Loan, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518515534 | + | EDI: DISCOVERPL | Feb 11 2025 01:27:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518507033 | | EDI: JPMORGANCHASE | Feb 11 2025 01:27:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518507034 | | EDI: JPMORGANCHASE | Feb 11 2025 01:27:00 | Chase Mortgage, Attn: Bankruptcy Dept, Po Box 24696, Columbus, OH 43224 |
| 518616276 | | EDI: JPMORGANCHASE | Feb 11 2025 01:27:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518557849 | + | Email/Text: RASEBN@raslg.com | Feb 10 2025 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518507044 | + | EDI: MERCEDES | Feb 11 2025 01:27:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 518623838 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2025 20:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518507045 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2025 20:47:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518629362 | | EDI: PRA.COM | Feb 11 2025 01:27:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518629332 | | EDI: PRA.COM | Feb 11 2025 01:27:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518629360 | | EDI: PRA.COM | Feb 11 2025 01:27:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518927338 | | Email/Text: mtgbk@shellpointmtg.com | Feb 10 2025 20:47:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 518927337 | | Email/Text: mtgbk@shellpointmtg.com | Feb 10 2025 20:47:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 518507046 | + | EDI: SYNC | Feb 11 2025 01:27:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518507047 | + | EDI: SYNC | Feb 11 2025 01:27:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 518507048 | + | EDI: SYNC | Feb 11 2025 01:27:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518507049 | + | EDI: SYNC | Feb 11 2025 01:27:00 | Synchrony Bank/Pearle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518507050 | + | EDI: LCITDAUTO | Feb 11 2025 01:27:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hilss, MI 48333-9223 |
| 518507051 | + | EDI: WFFC2 | Feb 11 2025 01:27:00 | Wells Fargo Bank, Attn: Written Correspondnce Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 518507052 | + | EDI: WFFC2 | Feb 11 2025 01:27:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518613752 | | EDI: WFFC2 | Feb 11 2025 01:27:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518507053 | + | EDI: WFFC2 | Feb 11 2025 01:27:00 | Wells Fargo Dealer Svc, Attn: Bankruptcy, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Michael C Bates njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Nicole Bates njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing hkaplan@rasnj.com kimwilson@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Feb 10, 2025 Form ID: 3180W Total Noticed: 45

Kimberly A. Wilson
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing kimwilson@raslg.com

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hinshawlaw.com

Phillip Andrew Raymond
    on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10