Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–29292–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael C Bates | Nicole Bates |
| 408 Reading Street | 408 Reading Street |
| Pennington, NJ 08534 | Pennington, NJ 08534 |

Social Security No.:
  xxx–xx–6653                               xxx–xx–6323

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 28, 2025</u>                  <u>Michael B. Kaplan</u>
                                                   Judge, United States Bankruptcy Court